IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDERICK WEBSTER,**
**D.O.C. # 856553,**

    *Plaintiff*,

v.   Case No.: 4:25cv297-MW/MAF

**FLORIDA SUPREME COURT, et al.,**

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's duplicative complaint is **DISMISSED without prejudice as malicious**." The Clerk shall close the file.

**SO ORDERED on August 4, 2025.**

                                                **s/Mark E. Walker**
                                                **United States District Judge**

2